## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF THE STATE OF LOUISIANA

| | | |
|---|---|---|
| **Zepporiah Edmonds** | CIVIL ACTION No. | 16 cv 00298 |
| **VERSUS** | JUDGE: | I. Lemelle |
| City of New Orleans, **Mark D. Jernigan and Linda Copeland** | MAGISTRATE: | D. Knowles |

## AFFIDAVIT OF DODDIE K. SMITH, CIVIL SERVICE COMMISSION OF THE CITY OF NEW ORLEANS, FOR CERTIFICATION OF CIVIL SERVICE COMMISSION HEARING TRANSCRIPTS, EVIDENCE ENTERED DURING SAID CIVIL SERVICE HEARINGS AND CERTIFICATION OF CIVIL SERVICE COMMISSION DECISION AND CERTIFICATION OF HEARING EXAMINER'S REPORT AND RECOMMENDATION

I, DODDIE K. SMITH, am employed by the Civil Service Department of the City of New Orleans, created pursuant to Article X, § 6(B) of the Louisiana Constitution. I hold the position of Personnel Administrator in the Management Services Division of the Civil Service Department. In my position as Personnel Administrator, I have the authority to certify the records of hearings conducted before the Civil Service Commission for the City of New Orleans.

Ms. Zepporiah Edmonds was and is now (since her reinstatement to her employment position pursuant to the September 5, 2017 Decision of the Civil Service Commission in this matter) an employee of the City of New Orleans, who appealed her Termination from

her position in her duly lodged Civil Service Appeal, entitled Case Numbers Civil Service Commission No. 8444, c/w 8467, c/w 8485. Her Civil Service Appeal was held before Hearing Examiner James Mullaly in the normal course and scope of Civil Service Appeals, with the full hearing held over several separate hearing dates, consisting of nine separate hearing sessions, conducted on the dates of: April 21, 2016; June 30, 2016; July 7, 2016; October 27, 2016; November 3, 2016;December 14, 2016; December 16, 2016; January 31, 2017; and March 13, 2017. Pursuant to Civil Service Rule II, § 4.14, the Commission appointed a licensed and certified court reporter to create an official transcript of each of Ms. Edmonds's hearing sessions. Thus, each hearing date session by law was conducted before a certified State of Louisiana Court Reporter. Pursuant to Civil Service Rule II, § 4.14 all transcripts taken of each of the aforesaid hearing dates are part of the official public record of this department the Civil Service Commission for the City of New Orleans. On each and every hearing date held in this matter where evidence was offered and entered into evidence by any party to that hearing, the Court Reporter would and does note the admission of that particular item of evidence, as well the party entering that item of evidence.

The full and complete transcript of this Civil Service Appeal, entitled Case Numbers Civil Service Commission No. 8444, c/w 8467, c/w 8485, held over those several separate hearing dates, consisting of nine separate hearing sessions, conducted on the dates of: April 21, 2016; June 30, 2016; July 7, 2016; October 27, 2016; November 3, 2016;December 14, 2016; December 16, 2016; January 31, 2017; and March 13, 2017, as well as all evidence entered by any party made a part thereof, as well as the September 5, 2017 Decision of the Civil Service Commission in this matter, as well as the Report of the Civil Service Hearing Examiner James Mullaly, are true and correct copies of the public

record of this department, and should be deemed true and correct pursuant to this Certification offered under oath by me here.

SWORN AND ATTESTED TO BY ME, UNDER OATH,

to the best of my ability and recollection.

Signed *Doddie K. Smith*
DODDIE K. SMITH - AFFIANT

Sworn and attested to before me, Dominic N. Varrecchio, Notary Public, Louisiana Bar No. 19456, this ___14___ day of September, 2017, in New Orleans (Orleans), Louisiana.

_____
Dominic N. Varrecchio
Notary Public, La Bar No.  (# 19456)

Respectfully submitted,

*Dominic N. Varrecchio*

_____
Dominic N. Varrecchio (# 19456)
300 Lafayette Street, Suite 103
New Orleans, LA 70130
Telephone: (504) 524-8600
Email: knic55@cox.net
*Attorney for Plaintiff Zepporiah Edmonds*

## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing has been served upon counsel for all parties by the USDC Court Electronic Filing System, this 18th of September, 2017.

*Dominic N. Varrecchio*

_____

DOMINIC N. VARRECCHIO