**MINUTE ENTRY**  
**LEMELLE, J.**  
**FEBRUARY 20, 2019**

JS10(00:52)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**ZEPPORIAH EDMONDS**                              **CIVIL ACTION**

**VERSUS**                                         **NO. 16-298**

**CITY OF NEW ORLEANS, ET AL.**                    **SECTION "B"(3)**

On this date, the Court held a telephone conference with plaintiff Zepporiah Edmonds and defendant City of New Orleans to discuss plaintiff's motion to reopen this case, which was administratively closed pending conclusion of related state court proceedings. A court reporter was present to transcribe the conference. The Court advised the parties that it is considering the possibility of holding oral argument on its own motion.

**IT IS ORDERED** that plaintiff's Motion for Leave to File Second Supplemental and Amending Complaint (Rec. Doc. 116) is **DISMISSED** and plaintiff shall file a clarifying and succinct fourth amending complaint **no later than March 8, 2019** per court directives given at today's conference.

**IT IS FURTHER ORDERED** that plaintiff shall file a clarifying and succinct Motion for New Trial/Relief from Judgment or Order **no later than March 8, 2019.**

**IT IS FURTHER ORDERED** that plaintiff's Motion for Leave to File Attachments to Motion to Reopen Case (Rec. Doc. 117) is **DISMISSED** per the Court's directive to plaintiff to make citations

to the record in his pleadings and allowing parties to file as exhibits to pleadings portions of the Civil Services record in electronic format.

**The Court advised the parties this case is ripe for efforts to amicably resolve the matter in a global settlement involving the claims asserted here and in the state proceedings, and directed parties to engage immediately by exchanging settlement proposals. If parties are unable to resolve the matter, the Court directed parties to jointly submit their selection of a mediator from the list of names proposed during today's conference.**

New Orleans, Louisiana, this 20th day of February, 2019.

_____
SENIOR UNITED STATES DISTRICT JUDGE