# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF THE STATE OF LOUISIANA

| | |
|---|---|
| **Zepporiah Edmonds** | **CIVIL ACTION  No.**     **16  cv  00298** |
| **VERSUS** | **JUDGE:**     **I. Lemelle** |
| **City of New Orleans,**<br>**Mark D. Jernigan and**<br>**Linda Copeland** | **MAGISTRATE:**     **D. Knowles** |

## <u>AFFIDAVIT OF PETITIONER'S COUNSEL DOMINIC N. VARRECCHIO</u>



I, Dominic N. Varrecchio, Counsel for Petitioner herein, file the following Affidavit in support of the Petitioner ZEPPORIAH EDMONDS Reply Brief in response to the Defendants' Objections and Argument raised in their September 12, 2017 Memorandum in Opposition to Petitioner's Motion for Reconsideration. Specifically, Petitioner's Counsel offers his  attestations and attached documentation of his recent medical history which includes many months of serious disability and illness prior to the and through the time the opposition to the defendants' Motions to Dismiss and Motions for Summary Judgment (hereinafter referred to as "MSJ") were due, and the defendants' claims that failure to present the evidence sought entered here in support of Reconsideration should be disallowed by the Court now, as no excusable reasons existed for Petitioner's counsel's failure to include such exhibits with his earlier filed opposition to the defendants' MSJ. Petitioner's counsel in good faith believes such excusable reasonjs did in fact exist − solely due to his serious illness − and presents those facts and

Nose "Balloon-Plasty" surgery, which after approximately ten weeks of treatment and observation by Dr. Cecola was scheduled to be performed on June 23, 2017.

On June 19, 2017, approximately 9:00 a.m., while attempting to walk three blocks from my parking spot to an appearance in Jefferson Parish's Second Parish Court in Gretna, I actually collapsed due to being unable to breath through either my nose or mouth while walking and attempting to get to the Courthouse.  This was the very first time that I was totally unable to breath while standing up vertically, A lawyer, Peter Brigandi, walking on the same street stopped and assisted me, and called the ambulance to provide EMT assistance. I convinced the EMT's on the scene that I had regained my composure and breathing, and that I instead wanted to see my doctor, Dr. Cecola, for my scheduled 11:00a.m. appointment that same day, because I was now convinced that I could not have his proposed Nasal Surgery which scheduled to preclude all nose breathing for at least seven days because I could not breath through my mouth, and I wanted to confront Dr. Cecola as to how and why these throat breathing issues were worsening despite his care. The EMT's relented, I went immediately to Dr. Cecola's office, and I cancelled June 23 surgery, and demanded that he properly examine my throat and explain my condition.  He examined my throat finally, after four separate visits to his office over ten weeks, and announced that "you have a growth in your neck and throat, you need to go immediately to the ER and have a CT Scan of your neck and chest." I drove myself from New Orleans to the Saint Elizabeth's Hospital in Gonzales, Louisiana because my wife and family live there and my medical health plan includes that network, and because I expected to desire to be near them for assistance is I were to be hospitalized.  Upon hospital admittance and CT Scan it was discovered for the very first time that I had Thyroid/Throat Cancer, and not merely sinus problems.  That same

night I was transferred by ambulance from St. Elizabeth's Hospital in Gonzales, LA to Our Lady of the Lake Hospital in Baton Rouge due to the gravity of my illness and the proximity there to the next door Cancer Center and the doctors involved with that regime.

I was then emergency hospitalized at Our Lady of The Lake Hospital ("OLOL") in Baton Rouge for 15 days beginning June 20. On June 26, 2017, I underwent a deep biopsy surgery and had a tracheotomy installed in my throat to allow better breathing and oxygen intake. At present, almost three months later, I am still breathing via that tracheotomy, with a procedure scheduled for September 20, 2017 to replace it. I am expected to breath through a tracheotomy until the completion of my chemotherapy infusions on October 19, 2017, when it will be removed at some point thereafter.

I began chemotherapy infusions while in-patient at OLOL on July 5, 2017 and will continue chemotherapy every three weeks until October 19, 2017. Again, I am under strict orders to avoid exposure to groups and people until the chemotherapy regime is complete as the treatments dramatically lower my White Blood Cell count and resistance to others' sicknesses and problems. I am even avoiding Family gatherings until this treatment is finished. Still, I have caught a horrible cold and cough that has persisted for the past ten days through the present. My diagnosis, Thank Heavens, is non-Hodgkins Lymphoma, which my doctors expect me to survive and cure through Chemotherapy and possible Radiation treatments if necessary. A PET Test, a full body scan with radiation contrast, some weeks ago revealed that my cancer mass had dramatically shrank, and that I am scheduled to beat this cancer and to live. I am extremely grateful and understand how fortunate that I am to have this diagnosis.

Nonetheless, the cumulative effects of this chemotherapy have lowered my energy level to almost nothing.   The fatigue, constant rib cage and bone pain from low White Blood Cell counts, and lack of focus, were not present after the first two chemotherapy sessions, and arose only after the third chemotherapy session on August 17, 2017.  On August 18, 2017, I was run off of the road in a grocery store parking lot and suffered an one-vehicle accident (without serious injury) that I am convinced that could have avoided if not chronically fatigued by the chemotherapy cumulative effects, that are explained to me by my physicians as totally normal and expected.  On August 22, two weeks prior to the Reconsideration Memorandum being due, and in the middle of excerpting the 1600 page CS Appeal Record for evidence in completing the memorandum in support due September 6, 2017, I became concerned with my ability to complete the tasks involved in this case and reached out to this Court's staff exploring the possibility of an extension.   At the time I was experiencing fatigue and focus challenges, constant rib cage pain, and other issues more serious than that which I feared may require physician attention and could result in the doctor's limiting my involvement here. The Court Staff informed me in no uncertain terms that I would not be given an extension, that I would not be able to exceed the normal 25 page limit on the filed memorandum, and that I should have found another attorney to do these tasks if my illness would not allow me to complete them.  Resolved to these boundaries, and not wanting to jeopardize my client's case any more than my illness had already, and not wanting to further test this Court's patience with my problems or limitations, I resolved that my problems were not life threatening or cancer worsening and pressed on and filed the Reconsideration memorandum near midnight on September 4, 2017 – nearly 24

hours ahead of schedule, with those exhibits demanded by the Court and now sought blocked by defendants' counsel here.

## REASONS FOR NOT RETAINING ALTERNATIVE COUNSEL:

There are two major reasons why additional counsel are not assisting current Petitioner's Counsel here.  First, during my hospitalization, unsure of my ability to return to full-time law practice, I contacted several attorney's versed in Employment Law seeking to enroll them as counsel or co-counsel to assist the Petitioner here. None of these attorney's versed in Employment Law would involve themselves on a Contingency Fee Basis in this already-dismissed Federal Case involving the review and excerpting of a 1600 page Civil Service Hearing transcript and given where the Petitioner, out of work at this point for 80 weeks and without the ability to forward a mid-to high four figure Retainer Fee Deposit.  Simply put, the involvement of a competent Employment Law attorney to get involved in this already-dismissed matter was financially beyond the means of the Petitioner, and myself - Petitioner's Counsel – who by June, 2017 had earned almost no earnings in the entire year of 2017 due to illness and absence, was in no position to pay such a retainer to another attorney by myself.  I have dozens, if not hundreds of friends tat are attorneys in the New Orleans area, and many seek to help me through my illness and have in the context of my personal injury practice, but none of them are in the position to competently take over an Employment Law case, and those that are in this discipline are almost all obliged to their firms to involve themselves only with a very expensive retainer deposit paid up front, which was impossible for this Petitioner or her counsel to pay under these circumstances.

Determined to assist my client out of this Hell that I had created for her by my illness and limitations creating the Court's June 19, 2017 dismissal of her case, I have almost daily pushed on despite doctor's orders to do no strenuous or taxing tasks or work, and instead got the Reconsideration memorandum completed and filed on time after reviewing and excerpting the entire 1600 page CS Record with assistance from the Petitioner prior to her reinstatement to her position ordered by the Civil Service Commission last week when she returned to work on September 11, 2017.

The second reason is that after my first two chemotherapy treatments, I suffered no fatigue or concerns that as I completed my first two chemotherapy sessions through mid-August, 2017, I was fully confident of maintaining an energy level necessary to decently if not comfortable completing all tasks involved, given the far-away Sept. 6 deadline, and I had no idea that as we approached the September 6, 2017 deadline for the Reconsideration memorandum and exhibit submission, or the Reply Brief deadlines of this week, that I would be under a chronic fatigue challenge and facing any of the circumstances that I face at present. I had never had cancer before, never had chemotherapy before, and had no idea that the spry, energetic attorney of August 10 would be the worn out, groggy, fatigued old man of August 22. So, the expectation that I could reasonably complete the tasks without much difficulty – despite doctor's orders to avoid stress and strenuous, went out of the window knowing that if I did not assist my client in this matter, no one else would, and she would surely lose her Reconsideration Hearing, and, the defendants, having avoided release of her Civil Service decision until after her Reconsideration memorandum was due (despite the Civil Service Commissioners signing the decision in mid-August, 2017 (see Reply Brief Exh. 1-b), would have avoided being exposed for the ridiculous, wrongful, retaliatory Termination of

her employment - a termination rejected and eviscerated by the Hearing Examiner's Report (Reply Brief Exh. 1-c)  and the Civil Service Commission's September 5, 2017 decision ordering Petitioner's reinstatement to employment with the defendant (Reply Brief Exh. 1-b).  This is THE only matter that I am working on, giving care to this matter on an almost daily basis.  Other than one Attorney's Fee intervention matter - involving a desperately needed payday for myself and my family – I am doing nothing other than a very limited law practice involvement of filing lawsuits to meet liberative prescription deadlines, or filing continuances of MSJ's filed by defense counsel. I last week settled a small case earning my first attorney's fee earnings in almost five months.

## EXCUSABLE  REASONS FOR THIS EVIDENCE NOT HAVING BEEN SUBMITTED TO THIS COURT AS PART OF PETITIONER'S ORIGINAL MSJ OPPOSITION:

Insofar as whether or not there existed excusable reasons as contemplated by the Federal Rules and jurisprudence regarding the admission of evidence not previously presented to this Court, it is again worth noting that in the eight weeks prior to my 6/19/17 collapse, my throat and nose would not allow me to breath while in a horizontal position, and I averaged about one hour per night sleep for eight weeks prior to June 19 in a sitting position while many nights receiving zero sleep.  The CT scan of my throat and neck on 6/19/17 at the ER revealed that I was breathing through a 1/8 inch throat opening for at least the past 4-5 weeks prior to my collapse that morning.

This period in time directly overlaps the time that I was responsible for filing the MSJ opposition memorandum and providing the required attached evidence, and again, this memorandum was filed in haste, as due to the 28 years of previous experience that I have as a Louisiana attorney practicing in the EDLA where I have been consistently informed and held to the sacrosanct deadlines of each and every Federal Court

8

Scheduling Order – sometimes at hard-earned experience, I had held the belief (proven held wrongly by me) that this or any other USDC EDLA Court would not allow a late-filed MSJ by any party to go forward. I was simply wrong. The combination of my misdiagnosed illness, chronic fatigue, wrongful assumptions as to the Court allowing the late-filed motion to go forward and my ill-advised filing of three motions during this period on the plaintiff's behalf – all led to the toxic result of this Court allowing the MSJ to go forward, my filing a weak and ineffective opposition, and my client's case to be dismissed.

It is worth noting that my health was so bad in the second half of the year 2016 that the LSBA-CLE allowed me to finish my required CLE hours well beyond traditional deadlines, without the mandated financial penalty, and also allowed an exception for me to complete my 2016 CLE hours entirely online in the early months of 2017. This may be confirmed by contacting Ms. Kitty Hymel with the LSBA-CLE. My illness and forced absence has severely limited my income, and I have had to secure loans to keep my law office open, to pay for malpractice insurance and fixed law practice costs, as well as for insurance and children's tuitions and such. I owe a great deal of gratitude and understanding to a great many people who have assisted me here. I have applied for Hardship delays in payment of my LSBA Annual Dues and my LADB Annual Assessment until I have renewed cash flow, as I am simply unable to pay those expenses at this time, a waiver of which were granted by the LSBA waiving my Dues for 2017. I await the LADB's decision at present.

I have been living with my family in the Prarieville/Dutchtown, Louisiana area, forgoing my usual majority-time residence in New Orleans due to my full-time law practice here, since my release from the hospital on July 6, 2017 to assist me with travel and

support, as well as to be near all of my cancer physicians that are in Baton Rouge at OLOL and the attached Cancer Center.

Attached is my most recent Work Release/Return report written by my treating physician dated September 11, 2017.  I am ordered by my doctors to avoid Court appearances and people until at least December 7, 2017 – pushed back from an original Work Return date of mid-October, 2017 when the current Chemotherapy treatments are scheduled to end and I will begin to rebuild my body's resistance to other peoples' sicknesses and illnesses.  Attached also are earlier work release documents showing the extended time of my treatments, my earlier misdiagnosis of illness, and treatment plans over recent months.  I attach all of these medical documents in dated order, for Court and staff reference.

I pray this Court consider this evidence attached and presented in thois Motion for Reconsideration, within those deadlines set by this Court and met despite the medical limitations facing Petitioner's Counsel and despite the financial limitations that prevented retaining other competent Employment Law counsel.

The preceding is true and correct to the best of my recollection and belief.  Sworn and attested to by me, DOMINIC N. VARRECCHIO, this 18th  day of September, 2017.

Signed _____  9/18/17

DOMINIC N. VARRECCHIO  -  AFFIANT

10

Sworn  and  attested  to  before  me, _MICHAEL L MARCHAND_____, Notary

Public No. _145524_____ this 18th  day of September, 2017, in Geismar (Ascension

Parish), Louisiana.

_____
                      NOTARY

MICHAEL L. MARCHAND
LA Notary Public #145524
My Commission is for Life


Respectfully submitted,

_Dominic N. Varrecchio_

_____
Dominic N. Varrecchio (# 19456)
300 Lafayette Street, Suite 103
New Orleans, LA 70130
Telephone: (504) 524-8600
Email: knic55@cox.net
*Attorney for Plaintiff Zepporiah Edmonds*

11

CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing has been served upon counsel for all parties by the USDC Court Electronic Filing System, this 18th of September,  2017.

*Dominic N. Varrecchio*

_____

DOMINIC N. VARRECCHIO



# OUR LADY OF THE LAKE PHYSICIAN GROUP

**Medical Oncology, LLC**
4950 Essen Lane
Baton Rouge LA 70809-3739
Phone: 225-757-0343
Fax: 225-757-8354

September 11, 2017

Patient: **Dominic Varrecchio**
Date of Birth: **11/25/1960**



To Whom It May Concern:

Mr. Dominic Varrecchio is a 56-year-old attorney who presented to Our Lady of the Lake Regional Medical Center emergency room with neck swelling and dyspnea on 6/20/2017. His CT of the neck and chest revealed thyroid mass, cervical lymphadenopathy and mediastinal lymphadenopathy. He underwent thyroid surgery which revealed high-grade B-cell lymphoma. He underwent tracheostomy and is currently recovering from his recent surgery and chemotherapy. He is expected to receive chemotherapy every 3 weeks. Due to his recent neck surgery, tracheostomy and chemotherapy, he is unable to perform any work-related activities at this time.

Mr. Varrecchio's chemotherapy sessions are expected to continue through October 2017. He should be able to return to light-duty, work from home in mid-November, with a return to Courtroom appearances on December 7. These revisions were caused by reactions and fatiguing to ongoing chemotherapy infusions and are to be expected in the course of this treatment.

These work-return projections are subject to change dependent upon best-case scenario progress, and there may be further delays to his return depending on many variable factors.

If you have any questions or concerns, please don't hesitate to call.

Sincerely,

*Siva Jui Yadlapati*

Jessica Ashford, RN / Dr. Siva Yadlapati

| | | |
|---|---|---|
| **Dominic Varrecchio**<br>8/17/2017 9:00 AM  **Office Visit** | Department: **Medical Oncology, LLC**<br>Dept Phone: **225-757-0343** | Description: **56 year old male**<br>Provider: **Siva Yadlapati, MD** |

## Diagnoses this Visit

Comments

Diffuse large B-cell lymphoma of lymph nodes of neck (HCC)

## Problem List as of 8/17/2017

Chronic neck pain
Lumbar disc disease
Osteoarthritis of right knee
Bilateral shoulder pain
Diffuse large B-cell lymphoma of lymph nodes of neck (HCC)
Health care home, active care coordination
Lymphoma of thyroid gland (HCC)
Airway obstruction

## Basic Information

| Date Of Birth | Sex | Race | Ethnicity | Preferred Spoken Language | Preferred Written Language |
|---|---|---|---|---|---|
| 11/25/1960 | Male | White or Caucasian | Not Hispanic or Latino/a or Spanish origin | English | English |

Most recent update: 8/17/2017  9:38 AM by Lajuan Fernandez-Cooper

## Vital Signs/Measurements

| BP | Pulse | Temp | Wt | SpO2 | BMI |
|---|---|---|---|---|---|
| 138/80 (BP Location: Right arm, Patient Position: Sitting) | 84 | 98.3 °F (36.8 °C) (Oral) | 129.7 kg (286 lb) | 96% | 39.89 kg/m2 |

Smoking Status
Never Smoker

## Allergies as of 8/17/2017

No Known Allergies

## Your Current Medications Are

This list is accurate as of: 8/17/17  9:57 AM.  Always use your most recent med list

| | Sig |
|---|---|
| **fluticasone 50 mcg/actuation nasal spray**<br>Commonly known as:  FLONASE | 2 sprays by Each Nostril route daily. |
| **hydrocodone-homatropine 5-1.5 mg/5 mL syrup**<br>Commonly known as:  HYCODAN | Take 5 mLs by mouth every 8 (eight) hours as needed (cough) for up to 10 days. |
| **ibuprofen 200 mg tablet**<br>Commonly known as:  ADVIL,MOTRIN | Take  by mouth every 6 (six) hours as needed for Pain. |
| **loratadine 10 mg tablet**<br>Commonly known as:  CLARITIN | Take 10 mg by mouth daily. |
| **predniSONE 50 mg tablet**<br>Commonly known as:  DELTASONE | Take 1 tablet by mouth 2 (two) times daily for 5 days. |

## Medications Ordered this Visit

Varrecchio, Dominic (MR # 282652)

**Walgreens Drug Store 11196 - GEISMAR, LA - 12506**
**HIGHWAY 73 AT SEC of Hwy 74 & Hwy 73**
**12506 HIGHWAY 73, GEISMAR LA 70734-3209**

Telephone:  225-677-7607
Fax:  225-677-7608
Hours:

---

**E-Prescribed (1 of 1)**

**predniSONE (DELTASONE) 50 mg tablet**

| | |
|---|---|
| Sig: | Take 1 tablet by mouth 2 (two) times daily for 5 days. |
| Start: | 8/17/17 |
| Quantity: | 10 tablet | Refills: | 3 |

---

**Immunizations Administered on Date of Encounter - 8/17/2017**

None

**To-Do List**

| Future Appointments | Provider | Department | Dept Phone |
|---|---|---|---|
| 8/17/2017 10:00 AM | **Brandy N Knight, RN; ONC6 POD A** | OUR LADY OF THE LAKE REGIONAL MEDICAL CENTER - ONCOLOGY INFUSION CENTER | 225-215-1195 |
| **8/24/2017 2:00 PM** | **Michael D Dileo, MD** | Head and Neck Center | 225-765-1765 |

| Future Orders | Complete By | Expires |
|---|---|---|
| **CBC and differential [LAB293 Custom]** | 9/7/2017 | 9/7/2018 |
| **Comprehensive metabolic panel [LAB17 Custom]** | 9/7/2017 | 9/7/2018 |

Please go to http://www.ololphysiciangroup.com/ to view your test results, get medical advice, or request an appointment.

**Thank you for using MyChart.**

** Test results will be automatically released to your MyChart account three (3) business day after they are finalized. For clinical reasons, not all results are automatically released to MyChart. Please contact your physician if you have any questions regarding your results.

# PET CT Skull Base to Mid-Thigh PS

Status: **Final result**

## Study Result

PET/CT SCAN

HISTORY: Lymphoma thyroid gland

COMPARISON: None

TECHNIQUE: The patient had fasted for at least 4 hours prior to injection. A net injected dose of 14.5 mCi of 18-Fluorodeoxyglucose was administered intravenously into a right hand vein. Blood glucose level was 110 mg/dl. The patient was asked to void prior to scanning. Attenuation corrected imaging was obtained from the skull vertex to the mid thighs. PET/CT Fusion was performed using Mirada Medical XD3 software. Automated exposure control was used for dose reduction.

FINDINGS: There is physiologic activity in the brain, liver, spleen, GI tract, kidneys and urinary bladder. There is no cervical adenopathy or PET positive lymph nodes in the neck. There is FDG activity at the tracheostomy cannula which is not unusual. Thyroid gland is not visible and may be surgically absent. Heart is mildly enlarged and there is large amount of epicardial and anterior mediastinal fat. Lungs are free of active disease with no mass or nodularity. There is no pleural or pericardial effusion. No PET abnormality detected within the abdominal organs which appear normal on the noncontrasted CT study. There is a 4 cm cyst in the lower pole of right kidney. Bowel is normal in caliber. There is no ascites. No bone lesion detected. There is diffuse increase in bone activity due to patient taking bone marrow stimulant Neulasta

IMPRESSION:
No demonstrated PET abnormality.

## Signed by

| Signed | Date/Time | Phone | Pager |
|---|---|---|---|
| **WALKER, DAVID W** | 8/09/2017 14:25 | 225-765-8819 | |

## Exam Information

| Status | Exam Begun | Exam Ended |
|---|---|---|
| Final [99] | 8/09/2017  11:25 | 8/09/2017  13:10 |

## Reviewed by

Siva Yadlapati, MD                        8/9/2017  4:43 PM

## External Result Report

External Result Report

## Encounter

View Encounter

## PACS Images

Show images for PET CT Skull Base to Mid-Thigh PS

Letter by Jessica Ashford, RN on 8/2/2017



**OUR LADY OF THE LAKE PHYSICIAN GROUP**

Medical Oncology, LLC
4950 Essen Lane
Baton Rouge LA 70809-3739
Phone: 225-757-0343
Fax: 225-757-8354

August 2, 2017

Patient:     **Dominic Varrecchio**
Date of Birth: **11/25/1960**

To Whom it May Concern:

Mr. Dominic Varrecchio is a 56-year-old attorney who presented to Our Lady of the Lake Regional Medical Center emergency room with neck swelling and dyspnea on 6/20/2017. His CT of the neck and chest revealed thyroid mass, cervical lymphadenopathy and mediastinal lymphadenopathy. He underwent thyroid surgery which revealed high-grade B-cell lymphoma. He underwent tracheostomy and is currently recovering from his recent surgery and chemotherapy. He is expected to receive chemotherapy every 3 weeks. Due to his recent neck surgery, tracheostomy and chemotherapy, he is unable to perform any work-related activities at this time.

Mr. Varrecchio's chemotherapy sessions are expected to continue through October 2017. He should be able to return to courtroom appearances and public forums some weeks after conclusion of his Chemotherapy regimen anticipated to end in mid-to-late October 2017. He can return to work from home or light office duty sometime after mid-September 2017. These work-return projections are subject to change dependent upon best-case scenario progress, and there may be further delays to his return depending on many variable factors.

If you have any questions or concerns, please don't hesitate to call.

Sincerely,

*Ashford, RN / Dr. Siva Yadlapati*

Jessica Ashford, RN / Dr. Siva Yadlapati

## LAB ES

| Date | Appt Time | Length | Provider | Department | Center |
|------|-----------|--------|----------|------------|--------|
| **7/19/17 (Wed)** | **2:00 PM** | **15 min** | **LALK MED ONCOLOGY LAB** | **LALK LABORATORY AT MEDICAL ONCOLOGY** | **Oncology-Baton Rouge Area** |

| | |
|---|---|
| Copay: | 0 |
| Insurance: | UNITED MEDICAL RESOURCES UMR |

Effective dates:   1/01/15 -

| | |
|---|---|
| PATIENT'S NAME: | VARRECCHIO,DOMINIC |
| PROCEDURE: | Lab Appointment Request |
| LOCATION INSTRUCTIONS: | |

## LAB ES

| Date | Appt Time | Length | Provider | Department | Center |
|------|-----------|--------|----------|------------|--------|
| **7/27/17 (Thu)** | **8:45 AM** | **15 min** | **LALK MED ONCOLOGY LAB** | **LALK LABORATORY AT MEDICAL ONCOLOGY** | **Oncology-Baton Rouge Area** |

| | |
|---|---|
| Copay: | 0 |
| Insurance: | UNITED MEDICAL RESOURCES UMR |

Effective dates:   1/01/15 -

| | |
|---|---|
| PATIENT'S NAME: | VARRECCHIO,DOMINIC |
| PROCEDURE: | Lab Appointment Request |
| LOCATION INSTRUCTIONS: | |

## ESTABLISHED PATIENT

| Date | Appt Time | Length | Provider | Department | Center |
|------|-----------|--------|----------|------------|--------|
| **7/27/17 (Thu)** | **9:15 AM** | | | | |

| Date | Appt Time | Length | Provider | Department | Center |
|------|-----------|--------|----------|------------|--------|
| | | **15 min** | **Siva Yadlapati, MD** | **LPG MEDICAL ONCOLOGY** | **Oncology-Baton Rouge Area** |

| | |
|---|---|
| Copay: | 40 |

| Insurance: | UNITED MEDICAL RESOURCES UMR | Effective dates: | 1/01/15 - |
|---|---|---|---|

| PATIENT'S NAME: | VARRECCHIO,DOMINIC |
|---|---|

| PROCEDURE: | MD Appointment Request |
|---|---|

LOCATION INSTRUCTIONS:

## INFUSION

| Date | Appt Time | Length | Provider | Department | Center |
|------|-----------|--------|----------|------------|--------|
| **7/27/17 (Thu)** | **10:00 AM** | **300 min** | **ONC6 POD C** | **LALK ONC6 ONCOLOGY INFUSION CENTER** | **Oncology-Baton Rouge Area** |

| Appt Time | Length | Additional Resource Type | Assigned Provider |
|-----------|--------|--------------------------|-------------------|
| 10:00 AM | 300 min | Infusion Nurse | |

| | |
|---|---|
| Copay: | 0 |

| Insurance: | UNITED MEDICAL RESOURCES UMR | Effective dates: | 1/01/15 - |
|---|---|---|---|

| PATIENT'S NAME: | VARRECCHIO,DOMINIC |
|---|---|

| PROCEDURE: | Infusion Appointment Request |
|---|---|

LOCATION INSTRUCTIONS:

Varrecchio, Dominic (MR # 282652) DOB: 11/25/1960                    Encounter Date: 08/02/2017

Letter by Jessica Ashford, RN on 8/2/2017



**OUR LADY OF THE LAKE PHYSICIAN GROUP**

Medical Oncology, LLC
4950 Essen Lane
Baton Rouge LA 70809-3739
Phone: 225-757-0343
Fax: 225-757-8354

August 2, 2017

Patient:    **Dominic Varrecchio**
Date of Birth: **11/25/1960**

To Whom it May Concern:

Mr. Dominic Varrecchio is a 56-year-old attorney who presented to Our Lady of the
Lake Regional Medical Center emergency room with neck swelling and dyspnea on
6/20/2017. His CT of the neck and chest revealed thyroid mass, cervical
lymphadenopathy and mediastinal lymphadenopathy. He underwent thyroid
surgery which revealed high-grade B-cell lymphoma. He underwent tracheostomy
and is currently recovering from his recent surgery and chemotherapy. He is
expected to receive chemotherapy every 3 weeks. Due to his recent neck surgery,
tracheostomy and chemotherapy, he is unable to perform any work-related activities
at this time.

Mr. Varrecchio's chemotherapy sessions are expected to continue through October
2017. He should be able to return to courtroom appearances and public forums
some weeks after conclusion of his Chemotherapy regimen anticipated to end in
mid-to-late October 2017. He can return to work from home or light office duty
sometime after mid-September 2017. These work-return projections are subject to
change dependent upon best-case scenario progress, and there may be further
delays to his return depending on many variable factors.

If you have any questions or concerns, please don't hesitate to call.

Sincerely,

*Ashford, RN / Dr. Siva Yadlapati*

Jessica Ashford, RN / Dr. Siva Yadlapati



**OUR LADY OF THE LAKE PHYSICIAN GROUP**

**Medical Oncology, LLC**
4950 Essen Lane
Baton Rouge LA 70809-3739
Phone: 225-757-0343
Fax: 225-757-8354

July 12, 2017

Patient:        **Dominic Varrecchio**
Date of Birth: **11/25/1960**
Date of Visit: **7/12/2017**

To Whom it May Concern:

Mr. Dominic Varrecchio is a 56-year-old attorney who presented to Our Lady of the
Lake Regional Medical Center emergency room with neck swelling and dyspnea on
6/20/2017.  His CT of the neck and chest revealed thyroid mass, cervical
lymphadenopathy and mediastinal lymphadenopathy.  He underwent thyroid surgery
which revealed high-grade B-cell lymphoma. He underwent tracheostomy and
received 1 course of chemotherapy last week.  He is currently recovering from his
recent surgery and chemotherapy.  He is expected to receive chemotherapy every 3
weeks.  Due to his recent neck surgery, tracheostomy and chemotherapy, he is
unable to perform any work-related activities at this time.  With chemotherapy we
expect that his lymphoma will improve and he may be able to return to work
tentatively on August 28, 2017.

If you have any questions or concerns, please don't hesitate to call.

Sincerely

Siva Yadlapati, MD

Electronically signed by Siva Yadlapati, MD

RAY J. LOUSTEAU, M.D.
R. PATRICK CECOLA, M.D.
*Diplomates, American Board of Otolaryngology*
*Fellows, American Academy of Otolaryngology/Head and Neck Surgery*

May 11, 2017

Re: Dominic Varrecchio

To whom it may concern:

Mr. Varrecchio was seen by me on March 1, 2017 and March 23, 2017 for upper respiratory infection. He also stated he has obstructed sleep apnea. A sinus CT scan was ordered. Mr. Varrecchio states his CPAP titration is schedule with St. Elizabeth's sometime in June.

Please call my office if any additional information is needed.

Sincerely,

R. Patrick Cecola, M.D.



*PLEASE CALL pt to Schedule*

**touro** IMAGING
Your body. In high definition.

2929 Napoleon Avenue
New Orleans, LA 70115
Phone: 504-897-8000
Fax: 504-897-8589
www.touro.com/imaging

## IMAGING CENTER PHYSICIAN'S ORDER FORM

PATIENT NAME Dominic VARRECCHIO     D.O.B. 11/25/60     DATE 3/27/17

DIAGNOSIS CODE (ICD-9) (REQUIRED) J32.4     TEL 301 5433

WRITTEN DIAGNOSIS (REQUIRED, NO RULE OUT, VERSUS OR PROBABLE) Chr Sinusitis

PHYSICIAN'S SIGNATURE (REQUIRED, NO SIGNATURE STAMPS) X _____ M.D.

☐ CALL PRELIMINARY READING  TEL # _____  AFTER HOURS TEL # _____

PATIENT INSURANCE UMR     POLICY# 215000104259     GROUP# _____

AUTHORIZATION # _____     REFERRING PHYSICIAN (PLEASE PRINT) Cecola     M.D.

ADDRESS 120 N Jeff Davis     TEL 821 0244     FAX 821 0255

Legend: W = with, W/O = without

| CT SCAN | | |
|---|---|---|
| ☐ HEAD | ☐ W | ☐ W/O |
| ☐ SOFT T-NECK | ☐ W | ☐ W/O |
| ☐ CHEST | ☐ W | ☐ W/O |
| ☐ CHEST HI RES | ☐ W | ☐ W/O |
| ☐ ABDOMEN | ☐ W | ☐ W/O |
| ☐ PELVIS | ☐ W | ☐ W/O |
| ☒ SINUSES *MEDTRON* | ☐ W | ☒ W/O |
| ☐ IAC | ☐ W | ☐ W/O |
| ☐ TEMP BONE | ☐ W | ☐ W/O |
| ☐ ORBITS | ☐ W | ☐ W/O |
| ☐ FACIAL | ☐ W | ☐ W/O |
| ☐ C SPINE | ☐ W | ☐ W/O |
| ☐ L SPINE | ☐ W | ☐ W/O |
| ☐ T SPINE | ☐ W | ☐ W/O |
| ☐ OTHER | | |

**CTA**
| ☐ CAROTID | ☐ W | ☐ W/O |
|---|---|---|
| ☐ AORTA | ☐ W | ☐ W/O |
| ☐ HEAD | ☐ W | ☐ W/O |
| ☐ PELVIS | ☐ W | ☐ W/O |
| ☐ UPPER EXT | | |
| ☐ R ☐ L | ☐ W | ☐ W/O |
| ☐ LOWER EXT | | |
| ☐ R ☐ L | ☐ W | ☐ W/O |
| ☐ RUNOFF | ☐ W | ☐ W/O |
| ☐ OTHER | | |

**PET/CT**

☐ WHOLE BODY -
MELANOMA/SARCOMA ONLY
☐ SKULL TO THIGH
☐ BRAIN
☐ OTHER _____

**SPECIAL PROCEDURES**
☐ ARTHROGRAM _____
   ☐ R ☐ L   ☐ MR ☐ CT
☐ ESI (LUMBAR)
☐ HIP INJECTION     ☐ R ☐ L

| MRI | | |
|---|---|---|
| **HEAD** | | |
| ☐ BRAIN | ☐ W | ☐ W/O |
| ☐ IAC | ☐ W | ☐ W/O |
| ☐ ORBIT | ☐ W | ☐ W/O |
| ☐ PITUITARY GLAND | ☐ W | ☐ W/O |
| ☐ FACIAL | ☐ W | ☐ W/O |
| ☐ OTHER | | |
| **BODY** | | |
| ☐ NECK | ☐ W | ☐ W/O |
| ☐ CHEST | ☐ W | ☐ W/O |
| ☐ BREAST | ☐ W | ☐ W/O |
| ☐ PELVIS | ☐ W | ☐ W/O |
| ☐ GYN PELVIS | ☐ W | ☐ W/O |
| ☐ MRCP | ☐ W | ☐ W/O |
| ☐ KIDNEYS | ☐ W | ☐ W/O |
| ☐ ADRENALS | ☐ W | ☐ W/O |
| ☐ LIVER | ☐ W | ☐ W/O |
| ☐ OTHER | | |

**SPINE**
| ☐ CERVICAL SPINE | ☐ W | ☐ W/O |
|---|---|---|
| ☐ THORACIC SPINE | ☐ W | ☐ W/O |
| ☐ LUMBAR SPINE | ☐ W | ☐ W/O |
| ☐ BRACHIAL PLEXUS | | |
| ☐ R ☐ L | ☐ W | ☐ W/O |

**JOINT**
☐ UPPER EXT _____
   ☐ R ☐ L  ☐ W  ☐ W/O
☐ LOWER EXT _____
   ☐ R ☐ L  ☐ W  ☐ W/O
☐ ARTHROGRAPHY
   BODY PART _____
**NON-JOINT**
☐ UPPER EXT _____
   ☐ R ☐ L  ☐ W  ☐ W/O
☐ LOWER EXT _____
   ☐ R ☐ L  ☐ W  ☐ W/O
   BODY PART _____

**MRA**
☐ BRAIN
☐ NECK
☐ ABDOMEN
☐ CHEST
☐ PELVIS
☐ EXTREMITY RUNOFF  ☐ R  ☐ L
☐ OTHER

| X-RAY | | |
|---|---|---|
| ☒ CHEST (1 VIEW) | | |
| ☒ CHEST (2 VIEW) | | |
| ☐ KUB | | |
| ☐ ABDOMEN FLAT & ERECT | | |
| ☐ SKULL | | |
| ☐ SINUSES | | |
| ☐ ORBITS | | |
| ☐ FACIAL BONES | | |
| ☐ CERVICAL SPINE | | |
| ☐ THORACIC SPINE | | |
| ☐ LUMBAR SPINE | | |
| ☐ W/ FLEX & EXT | | |
| ☐ W/ OBLIQUES | | |
| ☐ FLEX & EXT ONLY | | |
| ☐ SACRUM/COCCYX | | |
| ☐ PELVIS | | |
| ☐ OTHER | | |

| | | |
|---|---|---|
| ☐ FINGERS | ☐ R | ☐ L |
| ☐ HAND | ☐ R | ☐ L |
| ☐ WRIST | ☐ R | ☐ L |
| ☐ FOREARM | ☐ R | ☐ L |
| ☐ ELBOW | ☐ R | ☐ L |
| ☐ HUMERUS | ☐ R | ☐ L |
| ☐ SHOULDER | ☐ R | ☐ L |
| ☐ SCAPULA | ☐ R | ☐ L |
| ☐ CLAVICLE | ☐ R | ☐ L |
| ☐ RIBS | ☐ R | ☐ L |
| ☐ HIP | ☐ R | ☐ L |
| ☐ FEMUR | ☐ R | ☐ L |
| ☐ KNEE | ☐ R | ☐ L |
| ☐ PATELLA | ☐ R | ☐ L |
| ☐ TIB / FIB | ☐ R | ☐ L |
| ☐ ANKLE | ☐ R | ☐ L |
| ☐ FOOT | ☐ R | ☐ L |
| ☐ TOE | ☐ R | ☐ L |
| ☐ IVP | | |
| ☐ OTHER | | |

**FLUOROSCOPY**
☐ ESOPHOGRAM
☐ UGI
☐ SMALL BOWEL
☐ BE
☐ BE WITH AIR
☐ OTHER

| ULTRASOUND | |
|---|---|
| ☐ UPPER ABDOMEN | |
| ☐ LIMITED ABD | |
| ☐ GALL BLADDER | |
| ☐ APPENDIX | |
| ☐ SOFT TISSUE | |
| ☐ DOPPLER PORTAL VEIN | |
| ☐ PELVIS NON OB | |
| ☐ TRANSVAGINAL | |
| ☐ TRANSABDOMINAL | |
| ☐ OB 1ST TRIMESTER | |
| ☐ OB 14 WEEKS OR GREATER | |
| ☐ OB FOLLOW-UP | |
| ☐ OB TRANSVAGINAL | |
| ☐ BIOPHYSICAL PROFILE | |
| ☐ THYROID / NECK | |
| ☐ TESTICULAR | |
| ☐ AORTA | |
| ☐ RENAL | |
| ☐ BLADDER | |
| ☐ HYSTEROSONOGRAM | |
| ☐ EXTREMITY NON-VASCULAR | |
| BODY PART _____ | |
| ☐ OTHER _____ | |

**WOMEN'S IMAGING**
**MAMMOGRAPHY**
☐ MAMMO SCREEN
☐ MAMMO DIAG     ☐ R ☐ L
☐ STEREO BIOPSY ☐ R ☐ L
☐ NEEDLE LOC     ☐ R ☐ L
☐ GALACTOGRAM  ☐ R ☐ L
☐ BONE MINERAL DENSITY
☐ OTHER _____

**ULTRASOUND**
☐ BREAST
☐ CYST ASPIRATION
   ☐ R ☐ L
☐ NEEDLE BIOPSY ☐ R ☐ L
☐ OTHER _____

**NUC MED**
☐ SENTINEL NODE ☐ R ☐ L

YOUR PATIENT'S EXAM IS SCHEDULED FOR:  DATE _____  TIME _____

Form # 0139, IMG, 02/09

Rev. 07/09, 11/09, 02/10

Phone: (504) 821-0244                               Fax: (504) 821-0255

## RAY J. LOUSTEAU, M.D., R. PATRICK CECOLA, M.D.
## & BRIDGET A. BOUDREAUX, M.D.
### A MEDICAL CORPORATION
Ear, Nose and Throat
Head and Neck Surgery
120 N. Jefferson Davis Parkway
NEW ORLEANS, LA 70119

Date _____5/1r_____

To _____Whom It May Concern_____

**Patient's Name**
_____Dominick Varrecchio_____

**Clinical Information**

Mr. Varrecchio is under treatment for sinusitis, deviated septum, turbinate hypertrophy, and sleep apnea.

These disorders are severely affecting his sleep patterns and causing sleep disruption and fatigue.

Please excuse from court appearance/work as needed while under treatment until treatment is optimized and surgery completed. — Estimate 3 mths

# CERTIFICATE TO RETURN TO WORK OR SCHOOL

Mr.
Mrs.
Ms. _Dominic Varecchio_

was under my care from _3-1-2017_ to _3-1-2017_

and will be able to return to work/school on _3-2-2017_

Remarks: _Patient can only perform_
_light duty for next_
_2 weeks_

□ RAY J. LOUSTEAU, M.D.

120 N. JEFFERSON DAVIS PARKWAY
NEW ORLEANS, LA 70119
PHONE (504) 821-0244

Date _3-1-2017_

☑ PATRICK CECOLA, M.D.

**Print This Page   |   Close This Window**

Name: Dominic Varrecchio | DOB: 11/25/1960 | MRN: 282652 | PCP: Michael Goodier, MD

# Upcoming Appointments

| Date / Time | Description | Department |
|---|---|---|
| Thursday September 07, 2017 8:30 AM CDT | Heme/Onc Lab Appt with LALK MED ONCOLOGY LAB | OUR LADY OF THE LAKE REGIONAL MEDICAL CENTER - LABORATORY 4950 ESSEN LN, STE 300 BATON ROUGE LA 70809 |
| Thursday September 07, 2017 9:00 AM CDT | Established Patient with Siva Yadlapati, MD | Medical Oncology, LLC 4950 Essen Lane BATON ROUGE LA 70809-3739 |
| Thursday September 07, 2017 10:00 AM CDT | Infusion with ONC6 POD K | OUR LADY OF THE LAKE REGIONAL MEDICAL CENTER - ONCOLOGY INFUSION CENTER 4950 ESSEN LANE BATON ROUGE LA 70808 |
| Wednesday September 13, 2017 12:00 PM CDT | Established Patient with Michael D Dileo, MD | Head and Neck Center 4950 Essen Lane Suite A BATON ROUGE LA 70809-3738 |
| Thursday September 28, 2017 8:30 AM CDT | Lab Es with LALK MED ONCOLOGY LAB | OUR LADY OF THE LAKE REGIONAL MEDICAL CENTER - LABORATORY 4950 ESSEN LN, STE 300 BATON ROUGE LA 70809 |

| Date / Time | Description | Department |
|---|---|---|
| Thursday September 28, 2017 9:00 AM CDT | FOLLOW UP AND TREAT with Siva Yadlapati, MD | Medical Oncology, LLC 4950 Essen Lane BATON ROUGE LA 70809-3739 |
| Thursday September 28, 2017 10:00 AM CDT | Infusion with ONC6 POD K | OUR LADY OF THE LAKE REGIONAL MEDICAL CENTER - ONCOLOGY INFUSION CENTER 4950 ESSEN LANE BATON ROUGE LA 70808 |
| Thursday October 19, 2017 8:30 AM CDT | Lab Es with LALK MED ONCOLOGY LAB | OUR LADY OF THE LAKE REGIONAL MEDICAL CENTER - LABORATORY 4950 ESSEN LN, STE 300 BATON ROUGE LA 70809 |
| Thursday October 19, 2017 9:00 AM CDT | FOLLOW UP AND TREAT with Siva Yadlapati, MD | Medical Oncology, LLC 4950 Essen Lane BATON ROUGE LA 70809-3739 |
| Thursday October 19, 2017 10:00 AM CDT | Infusion with ONC6 POD K | OUR LADY OF THE LAKE REGIONAL MEDICAL CENTER - ONCOLOGY INFUSION CENTER 4950 ESSEN LANE BATON ROUGE LA 70808 |

MyChart® licensed from Epic Systems Corporation, © 1999 - 2015.W02

**Print This Page**   |   **Close This Window**

Name: Dominic Varrecchio | DOB: 11/25/1960 | MRN: 282652 | PCP: Michael Goodier, MD

# Appointment Scheduled

To:   Dominic Varrecchio

From:   Mychart U

Received:   8/25/2017  9:22 AM CDT

Appointment Information:
  Visit Type: ESTABLISHED PATIENT
    Date: 9/13/2017
        Dept: Head and Neck Center
        Provider: Michael D Dileo
        Time: 12:00 PM

Appt Status: Scheduled

MyChart® licensed from Epic Systems Corporation, © 1999 - 2015.W02

**Print This Page    |    Close This Window**

Name: Dominic Varrecchio | DOB: 11/25/1960 | MRN: 282652 | PCP: Michael Goodier, MD

# Appointment Scheduled

To:  Dominic Varrecchio

From:  Mychart U

Received:  8/18/2017  1:45 PM CDT

Appointment Information:
   Visit Type: Heme/Onc Lab Appt
      Date: 9/7/2017
         Dept: OUR LADY OF THE LAKE REGIONAL MEDICAL CENTER - LABORATORY
         Provider: LALK MED ONCOLOGY LAB
         Time: 12:30 PM

Appt Status: Scheduled

MyChart® licensed from Epic Systems Corporation, © 1999 - 2015.W01

**Print This Page** | **Close This Window**

Name: Dominic Varrecchio | DOB: 11/25/1960 | MRN: 282652 | PCP: Michael Goodier, MD

# Appointment Scheduled

To: Dominic Varrecchio

From: Mychart U

Received: 8/18/2017 1:52 PM CDT

Appointment Information:
   Visit Type: Infusion
      Date: 9/7/2017
         Dept: OUR LADY OF THE LAKE REGIONAL MEDICAL CENTER - ONCOLOGY
            INFUSION CENTER
         Provider: ONC6 POD K
         Time: 10:00 AM

Appt Status: Scheduled

MyChart® licensed from Epic Systems Corporation, © 1999 - 2015.W01

**Print This Page**    |    **Close This Window**

Name: Dominic Varrecchio | DOB: 11/25/1960 | MRN: 282652 | PCP: Michael Goodier, MD

# Appointment Scheduled

        **To:**  Dominic Varrecchio

    **From:**  Mychart U

**Received:**  8/18/2017  1:45 PM CDT

Appointment Information:
  Visit Type: ESTABLISHED PATIENT
    Date: 9/7/2017
        Dept: Medical Oncology, LLC
        Provider: Siva Yadlapati
        Time: 1:00 PM


Appt Status: Scheduled



MyChart licensed from Epic Systems Corporation, © 1999 - 2015.W01



**OUR LADY OF THE LAKE
PHYSICIAN GROUP**

**Medical Oncology, LLC**
4950 Essen Lane
Baton Rouge LA 70809-3739
Phone: 225-757-0343
Fax: 225-757-8354

July 12, 2017

Patient:        **Dominic Varrecchio**
Date of Birth: **11/25/1960**
Date of Visit: **7/12/2017**

To Whom it May Concern:

Mr. Dominic Varrecchio is a 56-year-old attorney who presented to Our Lady of the
Lake Regional Medical Center emergency room with neck swelling and dyspnea on
6/20/2017.  His CT of the neck and chest revealed thyroid mass, cervical
lymphadenopathy and mediastinal lymphadenopathy.  He underwent thyroid surgery
which revealed high-grade B-cell lymphoma. He underwent tracheostomy and
received 1 course of chemotherapy last week.  He is currently recovering from his
recent surgery and chemotherapy.  He is expected to receive chemotherapy every 3
weeks.  Due to his recent neck surgery, tracheostomy and chemotherapy, he is
unable to perform any work-related activities at this time.  With chemotherapy we
expect that his lymphoma will improve and he may be able to return to work
tentatively on August 28, 2017.

If you have any questions or concerns, please don't hesitate to call.

Sincerely

Siva Yadlapati, MD

Electronically signed by Siva Yadlapati, MD