## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF THE STATE OF LOUISIANA

| | |
|---|---|
| **Zepporiah Edmonds** | CIVIL ACTION  No.    16  cv  00298 |
| **VERSUS** | JUDGE:          Lemelle |
| **City of New Orleans,** **Mark D. Jernigan and** **Linda Copeland** | MAGISTRATE:     Knowles |

## REQUEST FOR ORAL ARGUMENT

    NOW INTO COURT, comes Plaintiff ZEPPORIAH EDMONDS, who respectfully requests that this Court grant to her and the opposition an Oral Argument of the Plaintiff's Rule 59 (a)(1)(B) Motion For New Trial and combined Rule 60 Motion for Relief from Judgment or Order, seeking reconsideration, review, relief and reversal of this Court's June 19, 2017 ruling dismissing all claims of Plaintiff versus all Defendants via Judgment in favor of said Defendants, which is scheduled for hearing before Judge Lemelle for the date of March 27, 2019, at 9:00 a.m.

                                      Respectfully submitted,

                                      *Dominic N. Varrecchio*

                                      _____
Dominic N. Varrecchio (# 19456)
300 Lafayette Street, Suite 103
New Orleans,  LA  70130
Telephone:  (504) 524-8600
Email: knic55@cox.net
*Attorney for Plaintiff Zepporiah Edmonds*

CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing has been served upon counsel for all parties by the USDC Court Electronic Filing System, this 26th day of June, 2017.

*Dominic N. Varrecchio*

_____
DOMINIC N. VARRECCHIO